**FILED & ENTERED**

**JUL 31 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY llewis      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA—LOS ANGELES DIVISION

| In re:      MyLife.com Inc., Debtor. | Case No.:  2:22-bk-14858-ER |
|---|---|
| United States Of America,<br><br>Plaintiff,<br><br>v.<br><br>MyLife.com Inc.,<br><br>Defendant. | Adv. No.:  2:23-ap-01094-ER<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR SUMMARY JUDGMENT FILED BY THE UNITED STATES**<br><br>**[RELATES TO ADV. DOC. NO. 19]**<br><br>Date:      June 7, 2023<br>Time:      10:00 a.m.<br>Location:  Ctrm. 1568<br>          Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

For the reasons set forth in the concurrently-issued *Memorandum of Decision: (1) Granting in Part and Denying in Part Motion for Summary Judgment Filed by the United States and (2) Denying Motion to Reject Stipulated Judgment Filed by the Debtor* (the "Memorandum"), the Court **HEREBY ORDERS AS FOLLOWS:**

1) The MSJ[1] is **GRANTED IN PART** and **DENIED IN PART**.
2) Specifically, the Debtor is precluded from contesting its liability under the first, second, fourth, and fifth elements of § 523(a)(2)(A), but is *not* precluded from contesting its liability under the third element of § 523(a)(2)(A) (intent to deceive). The only issue that remains for trial is whether the Debtor intended to deceive those consumers to whom it made misrepresentations.

---

[1] Capitalized terms not defined herein have the meaning set forth in the Memorandum.

IT IS SO ORDERED.

### 

Date: July 31, 2023

Ernest M. Robles
United States Bankruptcy Judge