KIRK T. MANHARDT
TERRANCE A. MEBANE
LEAH V. LERMAN
MINIARD CULPEPPER, JR.
Leah.v.lerman@usdoj.gov
**U. S. DEPARTMENT OF JUSTICE**
**CIVIL DIVISION**
P. O. Box 875, Ben Franklin Station
Washington, D.C.  20044-0875
(202) 307-0452

Counsel for the United States of America

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

|  |  |
|---|---|
| In re | Case No. 2:22-bk-14858-VZ |
| MYLIFE.COM, INC., | Chapter 7 Proceeding |
| Debtor. | |
| UNITED STATES OF AMERICA, | Adv. No. 2:23-ap-01094-VZ |
| Plaintiff, | |
| V. | **STIPULATION REGARDING DISMISSAL OF ADVERSARY PROCEEDING** |
| MYLIFE.COM, INC., | |
| Defendant. | Status Conference Date: June 25, 2024 |
| | Time: 10:30 a.m. |
| | Courtroom: 1368 |
| | Location: 255 E. Temple St., |
| | Los Angeles, CA 90012 |

**TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff United States of America ("United States") and the Defendant MyLife.com, Inc ("MyLife" or "Debtor"), though Chapter 7 Trustee Carolyn A. Dye (the "Trustee"), (together with the United States, the "Parties") by and through their respective counsel, hereby stipulate as follows:

**RECITALS**

WHEREAS on March 6, 2023, the Debtor filed its complaint in this adversary proceeding (the "Complaint').

WHEREAS on August 1, 2023, the deadlines set in this case were vacated in light of the then-presiding judge's forthcoming retirement and anticipated reassignment of the case;

WHEREAS the case was reassigned and on December 4, 2023, the Court entered a Scheduling Order in this matter, setting a status conference for January 18, 2024 at 10:30 a.m., and requiring a joint status report no later than January 4, 2024;

WHEREAS the status conference in this case was continued several times, most recently to June 25, 2024;

WHEREAS on February 9, 2024, the Court ordered MyLife's bankruptcy case converted from Chapter 11 to Chapter 7 and on February 13, 2024, the Trustee was appointed.

WHEREAS the Parties reached a global settlement of all issues between them in the bankruptcy case and adversary proceedings and filed a motion to compromise controversy pursuant to Bankruptcy Rule 9019 which was entered on May 16, 2024;

WHEREAS the Parties, as part of their global settlement, agreed to a consensual sale order selling the Debtor's business, which was entered on May 9, 2024;

WHEREAS the sale closed on May 31, 2024 and the Trustee ceased operating the Debtor's business soon after;

WHEREAS the Parties agree that dismissing the Complaint is appropriate.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Parties that:

**STIPULATION**

1. The Complaint is dismissed without prejudice.

IT IS SO STIPULATED.

DATED: June 10, 2024

DUMAS & KIM APC

Christian Kim

Attorney for Carolyn A. Dye,
Chapter 7 Trustee for Debtor
MyLife.com, Inc.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Leah V. Lerman
KIRK T. MANHARDT
TERRANCE A. MEBANE
LEAH V. LERMAN
MINIARD CULPEPPER, JR.
Commercial Litigation Branch
Civil Division
U. S. Department of Justice

Counsel for the United States of America